# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: Telzuit Technologies, LLC**

**FOCUS STRATEGIES, INC., MKCS, INC.,
SILENT SERVICES, INC.,**
      **Appellants**

**-vs-**                                        **Case No. 6:04-cv-1047-Orl-19DAB**

**TELZUIT TECHNOLOGIES, LLC,**
      **Appellee**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **VERIFIED MOTION TO TAX COSTS AND RELEASE SUPERSEDEAS BOND (Doc. No. 18)**
>
> **FILED:**    **March 1, 2005**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**, as unopposed.

      Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

      Recommended in Orlando, Florida on March 21, 2005.

                                                            *David A. Baker*
                                                            DAVID A. BAKER
                                             UNITED STATES MAGISTRATE JUDGE

-2-

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy